# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2019

158016

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JAMES ANTHONY BURNS,
       Defendant-Appellant.

_____/

Bridget M. McCormack,
*Chief Justice*

David F. Viviano,
*Chief Justice Pro Tem*

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
*Justices*

SC: 158016
COA: 342469
Kent CC: 17-008485-FC

      By order of October 30, 2018, the application for leave to appeal the May 21, 2018 order of the Court of Appeals was held in abeyance pending the decision in *People v Ames* (Docket No. 156077). On order of the Court, leave to appeal having been denied in *Ames* on June 26, 2019, 504 Mich ___ (2019), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2019

Clerk

p0904